UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RICKEY L. HOEFT, 05-B-2078,

        Petitioner,

-v-

D. E. LACLAIR,

        Respondent.

---



DECISION and ORDER
08-CV-6060B

    Petitioner has written to the Court in opposition of granting respondent additional time to respond, beyond January 9, 2009 (Docket No. 22). His submission has been docketed as a motion to reconsider the Court's December 24, 2008 Order extending the response time. The response and memorandum were filed with the Court on January 8, 2009, and nothing in petitioner's submission provides a basis to alter the extension that was granted until January 9, 2009. To the extent that petitioner was seeking to preclude any further extensions beyond January 9, 2009, further extension is not required, and petitioner's opposition is moot.

    Accordingly, the motion to reconsider the extension is denied.

    SO ORDERED.

DATED:    Rochester, New York
                April 22, 2009

                                            _Marian W. Payson_
                                              MARIAN W. PAYSON
                                           United States Magistrate Judge